# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MONIQUE BORK,<br><br>　　　　　　　Petitioner,<br>　v.<br>JO GENTRY, et al.,<br><br>　　　　　　　Respondents. | Case No. 2:16-cv-01235-APG-VCF<br><br>**ORDER** |

　　　Respondents' unopposed motion for enlargement of time (ECF No. 44) is GRANTED. Respondents shall have up to and including April 23, 2018, within which to file an answer to the 28 U.S.C. § 2254 petition in this case.

　　　Dated: March 9, 2018.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1