**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| MONIQUE BORK,<br><br>　　　　　　　　Petitioner,<br><br>　　　v.<br><br>JO GENTRY, et al.,<br><br>　　　　　　　　Respondent(s). | Case No. 2:16-cv-1235-APG-VCF<br><br>**ORDER**<br><br>(ECF No. 46) |

　　　Respondents having filed a motion for enlargement of time (ECF No. 46), and good cause appearing;

　　　IT IS HEREBY ORDERED that respondents' motion for enlargement of time (ECF No. 46) is GRANTED. Respondents will have until May 7, 2018, to file and serve an answer to the 28 U.S.C. § 2254 petition in this case.

　　　Dated:　April 23, 2018.

　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE