# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MONIQUE BORK, | Case No. 2:16-cv-01235-APG-VCF |
| Petitioner, | **ORDER** |
| v. | |
| JO GENTRY, et al., | |
| Respondents. | |

Respondents' unopposed motion for a one-day enlargement of time to file their answer (ECF No. 48) is GRANTED. Respondents shall have until May 8, 2018, to file their answer to the petition in this case.

Dated: May 7, 2018.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

1