# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MONIQUE BORK,<br><br>                Petitioner,<br>   v.<br>JO GENTRY, et al.,<br><br>                Respondents. | Case No. 2:16-cv-01235-APG-VCF<br><br>**ORDER** |

Good cause appearing, petitioner's unopposed motion for extension of time (ECF No. 51) is GRANTED. Petitioner shall have to and including August 23, 2018, to file a reply to the respondents' answer to her 28 U.S.C. § 2254 petition.

Dated: July 10, 2018.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

1