UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MONIQUE BORK,<br><br>                Petitioner,<br>   v.<br>JO GENTRY, et al.,<br><br>                Respondents. | Case No. 2:16-cv-01235-APG-VCF<br><br>ORDER |

Good cause appearing, petitioner's unopposed motion for extension of time (ECF No. 53) is GRANTED. Petitioner shall have to and including September 22, 2018, to file a reply to the respondents' answer to her 28 U.S.C. § 2254 petition.

DATED THIS 24th day of August, 2018.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

1